1  BANNING MICKLOW & BULL LLP
   Edward M. Bull III, State Bar No. 141966
2  Jessica L. Voss, State Bar No. 247033
   One Market, Steuart Tower, Suite 1440
3  San Francisco, California 94105
   Telephone:  (415) 399-9191
4  Facsimile:   (415) 399-9192

5  Attorneys for Plaintiff
   Samuel Garrett

6

7
                      UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 Samuel Garrett,                         )   CASE NO.  C 07 3318 EMC
                                           )
11                Plaintiff,                )
                                           )   PROOFS OF SERVICE OF SUMMONS
   vs.                                     )   AND AFFIDAVIT OF REASONABLE
12                                         )   DILIGENCE
   U.S. Ship Management, Inc., Sea-        )
13 Land Services, Inc, Maersk Lines,       )
   Limited and DOES 1-10, *in*             )
14 *personam,* and M/V SEA-LAND            )
   EXPLORER and M/V SEA-LAND               )
15 METEOR their engines, tackle,           )
   apparel, furniture, etc., *in rem,*     )
16                                         )
                  Defendants.              )
17                                         )
   _____         )
18

19
          Proofs of Service of Summons regarding service upon defendants Maersk
20 Lines, Limited and U.S. Ship Management, Inc. and Affidavit of Reasonable
   Diligence for defendant Sea-Land Services, Inc. are attached.
21

22

23

24

25

26

27

28

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>EDWARD M. BULL, III, ESQ., Bar #141996<br>BANNING MICKLOW BULL & LOPEZ, LLP<br>1 MARKET ST., STEUART TOWER<br>SUITE 1440<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415 399-9191    *FAX No:* 415 399-9192<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:* 8178

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* SAMUEL GARRET
*Defendant:* U.S. SHIP MANAGEMENT, INC., et al.

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>c 07 3318 emc |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; AMENDED CIVIL CASE COVER SHEET; SEAMAN'S FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES:JONES ACT, UNSEAWORTHINESS AND MAINTENANCE AND CURE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL.

3. a. Party served:          MAERSK LINES, LIMITED
   b. Person served:         MARGARET WILSON, AUTHORIZED AGENT

4. Address where the party was served:    818 W. 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 29, 2007 (2) at: 11:55AM

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                   d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**               e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                              (i)   Independent Contractor
      LOS ANGELES, CA 90071                             (ii)  Registration No.:    5141
   c. 213-250-1111                                      (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Sat, Jul. 14, 2007

   *(signature)* (DOUG FORREST)
   6339510.edwbu-bm.75815

| Judicial Council Form | PROOF OF SERVICE |
| Rule 982.9.(a)&(b) Rev January 1, 2007 | SUMMONS |

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| EDWARD M. BULL, III, ESQ., Bar #141996<br>BANNING MICKLOW BULL & LOPEZ, LLP<br>1 MARKET ST., STEUART TOWER<br>SUITE 1440<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415 399-9191    FAX No: 415 399-9192 | |
| Attorney for: Plaintiff, Samuel Garrett | Ref. No. or File No.:<br>8178 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

Plaintiff: SAMUEL GARRET
Defendant: U.S. SHIP MANAGEMENT, INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3318 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Seaman's First Amended Complaint For Personal Injuries: Jones Act, Unseaworthiness And Maintenance And Cure; Order Setting Initial Case Management Conference And Adr Deadlines; Amended Civil Cover Sheet; Ecf Registration Information Handout; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Judges Of The Northern District Of California; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United State District Judge.

3. a. Party served:    U.S. SHIP MANAGEMENT, INC.
   b. Person served:   JOSEPH P. FAZZAI, AUTHORIZED AGENT

4. Address where the party was served:    5402 FRESCOE COURT
                                           CHARLOTTE, NC 28277

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 12, 2007 (2) at: 6:30PM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SUSAN WATSON
                                   d. *The Fee for Service was:*
                                   e. I am: Not a Registered California Process Server

First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Tue, Jul. 17, 2007

(signature) (SUSAN WATSON)

Judicial Council Form                  PROOF OF SERVICE             6359968 .edwbu-bm.76356
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS

| *Attorney or Party without Attorney:*<br>EDWARD M. BULL, III, ESQ., Bar #141996<br>BANNING MICKLOW BULL & LOPEZ, LLP<br>1 MARKET ST., STEUART TOWER<br>SUITE 1440<br>SAN FRANCISCO, CA 94105<br>*Telephone No:* 415 399-9191   *FAX: No:* 415 399-9192 | *Ref. No or File No.:*<br>8178 | *For Court Use Only* |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* SAMUEL GARRET
*Defendant:* U.S. SHIP MANAGEMENT, INC., et al.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07 3318 EMC |
|---|---|---|---|---|

1. I, DOUG FORREST, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant SEA-LAND SERVICES, INC. as follows:

2. Documents: Summons In A Civil Case; Seaman's First Amended Complaint For Personal Injuries: Jones Act, Unseaworthiness And Maintenance And Cure; Order Setting Initial Case Management Conference And Adr Deadlines; Amended Civil Cover Sheet; Ecf Registration Information Handout; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Judges Of The Northern District Of California; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United State District Judge..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/29/07 | 11:55am | Business | TRIED GIVEN ADDRESS. ADVISED BY STAFF THAT THIS COMPANY CHANGED ITS NAME AND THEN SURRENDERED ON 12-21-2006. BAD ADDRESS. Attempt made by: DOUG FORREST. Attempt at: CT CORPORATION 818 W. 7th STREET LOS ANGELES CA 90017. |
| Fri | 06/29/07 | 1:30pm | Business | Returned Not Served on: SEA-LAND SERVICES, INC. Business - CT CORPORATION 818 W. 7th STREET LOS ANGELES, CA. 90017 |

3. Person Executing
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 W. BEVERY BLVD.
      LOS ANGELES, CA 90071
   c. 213-250-1111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:    5141
   (iii) County:    Los Angeles

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

*Date:* Mon, Jul. 16, 2007        **AFFIDAVIT OF REASONABLE DILIGENCE**        (DOUG FORREST)