| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendant, |
| 6 | MAERSK LINE, LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAMUEL GARRETT, | ) | Case No.: C 07 3318 EMC |
| | ) | |
| Plaintiff, | ) | **MAERSK LINE, LIMITED'S** |
| | ) | **ANSWER TO PLAINTIFF** |
| v. | ) | **SAMUEL GARRETT'S FIRST** |
| | ) | **AMENDED COMPLAINT FOR** |
| U.S. SHIP MANAGEMENT, INC., | ) | **PERSONAL INJURIES** |
| SEALAND SERVICES, INC., MAERSK | ) | |
| LINE LIMITED and DOES 1 – 10, *in* | ) | |
| *personam,* and M/V SEA-LAND | ) | |
| METEOR their engines, tackle, apparel, | ) | |
| furniture, etc., *in rem*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Maersk Line, Limited ["Defendant"], by and through its attorneys, hereby answers Plaintiff Samuel Garrett's First Amended Complaint for Personal Injuries: Jones Act, Unseaworthiness and Maintenance and Cure ["Complaint"] as follows:

**INTRODUCTORY ALLEGATIONS**

1. Answering Paragraph 1 of the Complaint, the Defendant admits the allegations contained in that paragraph.

2. Answering Paragraph 2 of the Complaint, to the extent Plaintiff predicates this Court's jurisdiction on the Jones Act, 46 U.S.C. § 688, Article III, Section 2 of the United States Constitution, and 28 U.S.C. section and 1333, this Defendant lacks sufficient information and belief to respond to such allegations, and on that basis denies the same.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

-1-   Case No. C 07 3318 EMC
DEFENDANT MAERSK LINE, LIMITED'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES

1    This Defendant further answers that to the extent that Plaintiff predicates this Court's

2    jurisdiction pursuant to statutes providing jurisdiction based on diversity, maritime, and

3    supplemental bases, Defendant lacks sufficient information and belief to respond to such

4    allegations, and on that basis denies the same.

5        3.    Answering Paragraph 3 of the Complaint, this Defendant lacks sufficient

6    information and belief to respond to the allegations that the plaintiff is a resident of San

7    Francisco, California and on that basis denies the same.

8        4.    Answering Paragraph 4 of the Complaint, this Defendant admits that it is a

9    corporation duly organized and existing and at relevant times herein doing business in the

10   Northern District of California.  This Defendant lacks sufficient information and belief to

11   respond to the remaining allegations contained in Paragraph 4 of the Complaint, and on that

12   basis denies the same.

13       5.    Answering Paragraph 5 of the Complaint, this Defendant admits that it has

14   contacts within the State of California and that venue is proper in the Northern District of

15   California.  As to the remaining allegations contained in Paragraph 5 of the Complaint, this

16   Defendant lacks sufficient information and belief to respond to those allegations, and on that

17   basis denies the same.

18       6.    Answering Paragraph 6 of the Complaint, this Defendant lacks sufficient

19   information and belief to respond to the allegations contained in that paragraph and on that

20   basis denies the same.

21       7.    Answering Paragraph 7 of the Complaint, Paragraph 7 contains no charging

22   allegations against this Defendant.  To the extent that Paragraph 7 of the Complaint can be

23   construed as containing charging allegations against this Defendant, this Defendant denies

24   those allegations.

25       8.    Answering Paragraph 8 of the Complaint, Defendant denies the allegations

26   contained in that paragraph.

27   ///

28   ///

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

**FIRST CLAIM FOR RELIEF**

**(Jones Act Negligence As to Maersk Only)**

9.  Answering Paragraph 9 of the Complaint, Paragraph 9 of the Complaint is an incorporation paragraph and therefore requires no response from this Defendant. To the extent that Paragraph 9 of the Complaint can be construed as containing charging allegations against this Defendant, this Defendant denies those allegations.

10. Answering Paragraph 10 of the Complaint, defendant Maersk Line, Ltd., admits that it maintained, operated and controlled the *M/V Sea-Land Explorer* and the *M/V Sea-Land Meteor* on the dates of the alleged incidents. As to the remaining allegations contained in Paragraph 10 of the Complaint, this Defendant lacks sufficient information and belief to respond to those allegations and on that basis denies the same.

11. Answering Paragraph 11 of the Complaint, this Defendant admits that the plaintiff was working aboard the *M/V Sea-Land Explorer* on or about June 28 or 29, 2004.

12. Answering Paragraph 12 of the Complaint, this Defendant denies the allegations contained in that paragraph.

13. Answering Paragraph 13 of the Complaint, this Defendant admits that the plaintiff was working aboard the *M/V Sea-Land Meteor* on or about February 23, 2005.

14. Answering Paragraph 14 of the Complaint, this Defendant denies the allegations contained in that paragraph.

15. Answering Paragraph 15 of the Complaint, this Defendant denies the allegations contained in that paragraph.

16. Answering Paragraph 16 of the Complaint, this Defendant denies the allegations contained in that paragraph.

17. Answering Paragraph 17 of the Complaint, this Defendant denies the allegations contained in that paragraph.

18. Answering Paragraph 18 of the Complaint, this Defendant denies the allegations contained in that paragraph.

19. Answering Paragraph 19 of the Complaint, this Defendant denies the

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

1 allegations contained in that paragraph.

## SECOND CLAIM FOR RELIEF

### (Unseaworthiness as to Maersk, the *M/V Sea-Land Explorer* and the *M/V Sea-Land Meteor*)

20. Answering Paragraph 20 of the Complaint, Paragraph 20 of the Complaint is an incorporation paragraph and therefore requires no response from Defendant. To the extent that Paragraph 20 of the Complaint can be construed as containing charging allegations against this Defendant, this Defendant denies those allegations.

21. Answering Paragraph 21 of the Complaint, this Defendant lacks sufficient information and belief to respond to the allegations contained in that paragraph and on that basis denies the same.

22. Answering Paragraph 22 of the Complaint, this Defendant lacks sufficient information and belief to respond to the allegations contained in that paragraph and on that basis denies the same.

23. Answering Paragraph 23 of the Complaint, this Defendant denies the allegations contained in that paragraph.

24. Answering Paragraph 24 of the Complaint, this Defendant denies the allegations contained in that paragraph.

## THIRD CLAIM FOR RELIEF

### (Maintenance and Cure as to Maersk, *M/V Sea-Land Explorer* and the *M/V Sea-Land Meteor*)

25. Answering Paragraph 25 of the Complaint, Paragraph 25 of the Complaint is an incorporation paragraph and therefore requires no response from Defendant. To the extent that Paragraph 25 of the Complaint can be construed as containing charging allegations against this Defendant, this Defendant denies those allegations.

26. Answering Paragraph 26 of the Complaint, this Defendant denies the allegations contained in that paragraph.

27. Answering Paragraph 27 of the Complaint, this Defendant admits that it

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

-4-   Case No. C 07 3318 EMC
DEFENDANT MAERSK LINE, LIMITED'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES

1  provided the plaintiff with maintenance payments.  As to the remaining allegations
2  contained in Paragraph 27 of the Complaint, this Defendant denies those allegations.
3
4
5  Dated:  August 17, 2007                         COX, WOOTTON, GRIFFIN,
                                                   HANSEN & POULOS, LLP
6                                                  Attorneys for Defendant,
                                                   MAERSK LINE, LIMITED
7
8
                                                   By:  _____/S/_____
9                                                           Marc T. Cefalu

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

-5-                                                                  Case No. C 07 3318 EMC
DEFENDANT MAERSK LINE, LIMITED'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES