**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant,
MAERSK LINE, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL GARRETT,<br><br>                    Plaintiff,<br><br>        v.<br><br>U.S. SHIP MANAGEMENT, INC., SEALAND SERVICES, INC., MAERSK LINE LIMITED and DOES 1 – 10, *in personam,* and M/V SEA-LAND METEOR their engines, tackle, apparel, furniture, etc., *in rem*,<br><br>                    Defendants. | Case No.:  C 07 3318 EMC<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the defendant Maersk Line, Limited in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated:  August 21, 2007              COX, WOOTTON, GRIFFIN,
                                     HANSEN & POULOS, LLP
                                     Attorneys for Defendant,
                                     MAERSK LINE, LTD.

                                     By: _____/S/_____
                                          Marc T. Cefalu

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

-1-                                                        Case No. C 07 3318 EMC
DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE