BANNING MICKLOW & BULL LLP
Edward M. Bull III, State Bar No. 141966
Jessica L. Voss, State Bar No. 247033
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone:   (415) 399-9191
Facsimile:    (415) 399-9192

Attorneys for Plaintiff
Samuel Garrett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Garrett,<br><br>         Plaintiff,<br><br>vs.<br><br>U.S. Ship Management, Inc., Sea-Land Services, Inc, Maersk Lines, Limited and DOES 1-10, *in personam,* and M/V SEA-LAND EXPLORER and M/V SEA-LAND METEOR their engines, tackle, apparel, furniture, etc., *in rem,*<br><br>         Defendants.<br>_____ | CASE NO.  C  07-3318 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 29, 2007            BANNING MICKLOW & BULL  LLP


                                                    By:    /S/ Edward M. Bull III
                                                               Edward M. Bull III

                                                    Attorneys for Plaintiff
                                                     Samuel Garrett