United States District Court

For the Northern District of California

1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    NORTHERN DISTRICT OF CALIFORNIA
9
10   SAMUEL GARRETT,                                Case No. 07-3318 EMC
11              Plaintiff,
12       v.
13   U.S. SHIP MANAGEMENT, INC., et al.,
14              Defendants.
15   _____/
16
17   **NOTICE OF IMPENDING REASSIGNMENT TO**
18   **A UNITED STATES DISTRICT COURT JUDGE**
19       The Clerk of this Court will now randomly reassign this case to a United States District
20   Judge because either:
21       ( x )   One or more of the parties has requested reassignment to a United States District
22   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
23
24       ( )    One or more of the parties has sought a type of judicial action (e.g., a temporary
25   restraining order) that a United States Magistrate Judge may not take without the consent of all
26   parties, the necessary consents have not been secured, and time is of the essence.
27
28

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

Dated:  August 31, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk