1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Terence S. Cox (SBN 076142)
   Marc T. Cefalu (SBN 203324)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Defendant,
6  MAERSK LINE, LTD.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 SAMUEL GARRETT,                 )   Case No.: C 07 3318 MJJ
                                   )
12          Plaintiff,             )   **DEFENDANT'S ADR**
                                   )   **CERTIFICATION**
13     v.                          )
                                   )
14 MAERSK LINE LIMITED and DOES 1 –)
   10, *in personam,* and M/V SEA-LAND )
15 EXPLORER and M/V SEA-LAND       )
   METEOR their engines, tackle, apparel,)
16 furniture, etc., *in rem,*      )
                                   )
17          Defendants.            )
                                   )

18

19     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned parties

20 certifies that he or she has:

21     (1) Read the book entitled "*Dispute Resolution Procedures in the northern District*

22         *of California*" on the Courts ADR Internet site www.adr.cand.uscourts.gov;

23     (2) Discussed the available dispute resolution options provided by the Court and

24         private entities; and

25 ///

26 ///

27 ///

28 ///

1  (3) Considered whether this case might benefit from any of the available dispute
2  resolution options.

3

4  Dated: October 5, 2007                By: _____
5                                          Cathy O'Connell
                                            Maersk Line, Ltd.
6

7  Dated: October 5, 2007                COX, WOOTTON, GRIFFIN,
                                          HANSEN & POULOS, LLP
8                                         Attorneys for Defendant,
                                          MAERSK LINE, LTD.
9

10                                        By: _____
11                                           Terence S. Cox

-2-

DEFENDANT'S ADR CERTIFICATION

Case No. C 07 3318 MJJ