1 **COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**
2 Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
3 190 The Embarcadero
San Francisco, CA 94105
4 Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
5
Attorneys for Defendant,
6 MAERSK LINE, LTD.

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 SAMUEL GARRETT, | ) | Case No.: C 07 3318 MJJ |
| | ) | |
| 12        Plaintiff, | ) | **NOTICE OF NEED FOR ADR** |
| | ) | **TELEPHONE CONFERENCE** |
| 13        v. | ) | |
| | ) | |
| 14 MAERSK LINE LIMITED and DOES 1 – | ) | |
| 10, *in personam,* and M/V SEA-LAND | ) | |
| 15 EXPLORER and M/V SEA-LAND | ) | |
| METEOR their engines, tackle, apparel, | ) | |
| 16 furniture, etc., *in rem*, | ) | |
| | ) | |
| 17        Defendants. | ) | |
| ———————————————— | ) | |

18

19        Counsel report that they have met and conferred regarding ADR and that they

20 request an Early Settlement Conference with a Magistrate Judge.

21        The date of the Case Management Conference is October 23, 2007.

22        The following counsel will participate in the ADR telephone conference:

23        Edward M. Bull, III, counsel for Plaintiff. Telephone number 415-399-9191. Email

24 Address: Ebull@Banningmicklow.com.

25 ///

26 ///

27 ///

28 ///

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

-1-                                                  Case No. C 07 3318 MJJ
NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE

1      Marc T. Cefalu, counsel for Defendant Maersk Line Limited.  Telephone number

2    415-438-4600.  Email Address:  Mcefalu@cwghp.com.

3

4    Dated:  October 10, 2007            BANNING, MICKLOW & BULL
                                        Attorneys for Plaintiff
5                                       SAMUEL GARRETT

6

7                                       By _____/S/_____
                                              Edward M. Bull, III
8

9

10

11   Dated:  October 10, 2007            COX, WOOTTON, GRIFFIN,
                                        HANSEN & POULOS, LLP
                                        Attorneys for Defendant,
12                                      MAERSK LINE, LTD.

13

14                                      By:  _____/S/_____
                                              Marc T. Cefalu
15

16

17

18

19

20

21

22

23

24

25   COX, WOOTTON,
     GRIFFIN, HANSEN
     & POULOS, LLP
26   190 THE EMBARCADERO
     SAN FRANCISCO,
     CA 94105
27   TEL: 415-438-4600
     FAX: 415-438-4601

28

MAERSK.Garrett/2520

-2-                                        Case No. C 07 3318 MJJ
NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE