UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** MARTIN J. JENKINS

**Date**: October 23, 2007

**Case No:** C 07-03318 MJJ

**Case Title**: SAMUEL GARRETT v. MAERSK LINE, LTD., et al.

**Appearances:**

    For Plaintiff(s): Edward Bull

    For Defendant(s): Galin Luk

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## PROCEEDINGS

1. Case Management Conference - held

## SUMMARY

- Trial date and schedule set. Jury trial is set for 11/10/08 at 8:30 AM for 10 days; PTC is set for 11/04/08 at 3:30 PM.
- Case is referred to Mag. Judge Chen for settlement to be held by October 2008.

cc: LD; WH; BF