1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Terence S. Cox (SBN 076142)
   Marc T. Cefalu (SBN 203324)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Defendant,
6  MAERSK LINE, LTD.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 SAMUEL GARRETT,                          )   Case No.:  C 07-03318 VRW
                                            )
12         Plaintiff,                       )   **THE PARTIES JOINT STATUS**
                                            )   **CONFERENCE STATEMENT**
13    v.                                    )   **REGARDING SETTLEMENT**
                                            )   **CONFERENCE SCHEDULING**
14 MAERSK LINE LIMITED and DOES 1 –         )
   10, *in personam,* and M/V SEA-LAND      )
15 EXPLORER and M/V SEA-LAND                )
   METEOR their engines, tackle, apparel,   )
16 furniture, etc., *in rem*,               )
                                            )
17         Defendants.                      )
   _____  )

18

19     The parties to this action, through their respective counsel, submit this Joint Status

20 Conference Statement Regarding Settlement Conference Scheduling to comply with the

21 Honorable Martin J. Jenkins Pretrial Order dated October 23, 2007.[1]

22             **The October 23, 2007 PreTrial Order**

23     Counsel for the parties appeared before Judge Jenkins on October 23, 2007 for a

24 Case Management Conference.  At that time Judge Jenkins ordered that a settlement

25 conference be held before Magistrate Judge Chen by October 2008.  The plaintiff's counsel

26 also inquired at the Initial Case Management Conference whether the Court would be

27 inclined to schedule an early settlement conference.  As a result, Judge Jenkins invited

28

---

[1] This matter was recently reassigned to the Honorable Chief Judge Vaughn R. Walker by order dated February 15, 2008.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

-1-                                                          Case No. C 07-03318 VRW
THE PARTIES JOINT STATUS CONFERENCE STATEMENT REGARDING SETTLEMENT CONFERENCE

counsel to inform the Court by February 29, 2008 if they were ready to participate in an early settlement conference (in advance of the October 28, 2008 deadline).  The plaintiff, however, withdraws his request for setting an early settlement conference.

Counsel for the parties intended to complete as much of the initial discovery as possible to facilitate an early settlement conference taking place in March or April 2008.  To that end the parties have exchanged their Rule 26 Initial Disclosures and initial rounds of written discovery.  The defendant has also subpoenaed the records for at least some (those now known) of the plaintiff's past medical providers and employers.  The plaintiff's deposition has also been noticed but has not yet taken place as the result of the plaintiff working aboard ship at sea since about mid October 2007.

The parties anticipate scheduling Mr. Garrett's deposition to take place just as soon as he returns to the United States.  The parties submit that they should still be in a position to with an October 2008 deadline to participate in a settlement conference.

## **CONCLUSION**

Based upon the above, the parties respectfully request that they be allowed to schedule a settlement conference with Magistrate Judge Chen that will comply with the Court's October 2008 deadline to complete the settlement conference.

Dated:  February 29, 2008         BANNING, MICKLOW & BULL
                                  Attorneys for Plaintiff
                                  SAMUEL GARRETT


                                  By _____/S/ Edward M. Bull, III_____
                                         Edward M. Bull, III


Dated:  February 29, 2008         COX, WOOTTON, GRIFFIN,
                                  HANSEN & POULOS, LLP
                                  Attorneys for Defendant,
                                  MAERSK LINE, LTD.


                                  By:  _____/S/ Marc T. Cefalu_____
                                         Marc T. Cefalu

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

-2-                                                                  Case No. C 07-03318 VRW
THE PARTIES JOINT STATUS CONFERENCE STATEMENT REGARDING SETTLEMENT CONFERENCE