UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GARRETT, | Case No. C 07-3318   VRW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| MAERSK LINE LIMITED, et al., | |
| Defendant(s). | |

This action having been reassigned to the Honorable Vaughn R Walker;

YOU ARE HEREBY NOTIFIED THAT a Case Management Conference has been scheduled for **May 1, 2008 at 3:30 p.m.** before Judge Walker.

Copies of the Local Rules, Standing Orders, the Court's weekly calendar and available motion hearing dates may be downloaded from the district courts Internet site:

http://www.cand.uscourts.gov . A link to the page may be found on the Court's home page.

Please report to Courtroom no. 6, 17th floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated: March 3, 2008

By: *Cora Klein*

Cora Klein, Courtroom Deputy Clerk

**(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the court's ecf electronic notification and/or certificate of service)**

attachments                                                                 1