UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  May 1, 2008

**C 07-3318 VRW**      Samuel Garrett  v  Maersk Line Limited et al

Attorneys : For Plaintiff(s):   Edward Bull

       For Defendant(s):    Galin Luk

Deputy Clerk: Cora Klein                                  Reporter: not reported

PROCEEDINGS:

Case Management Conference - Held
Non-expert discovery cutoff: 8/29/2008.
Designation of experts: 9/5/2008.
Expert Reports: 9/12/2008.
Designation of Supplemental/Rebuttal experts: 9/26/2008.
Expert discovery cutoff: 10/3/2008.


SCHEDULE:

ADR to be used: Settlement Conference before Magistrate Judge Chen by October 2008.

DISPOSITIVE MOTIONS HEARING:   October 16, 2008 at 2:30 p.m.

PRETRIAL CONFERENCE:   November 6, 2008  at 3:30 pm (including motions in limine)

JURY SELECTION:    November 10, 2008 at 8:30 a.m.

JURY TRIAL :   Wednesday, November 12, 2008   at :830 a.m.          - 10  days


Order to be prepared by:     Plntf_____   Deft_____   Court_x_