| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendant, |
| 6 | MAERSK LINE, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAMUEL GARRETT, | ) | Case No.: C 07-03318 VRW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER REQUESTING THAT THE SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 8, 2008 BE VACATED** |
| v. | ) | |
| | ) | |
| MAERSK LINE LIMITED and DOES 1 – 10, *in personam,* and M/V SEA-LAND EXPLORER and M/V SEA-LAND METEOR their engines, tackle, apparel, furniture, etc., *in rem*, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

    The parties to this action, through their respective counsel, hereby stipulate and request that the Settlement Conference currently scheduled for Monday, September 8, 2008 be VACATED. The parties are jointly making this request because the plaintiff, a merchant seaman, is currently at sea and is not expected to return until the end of September 2008 and is therefore unavailable to attend the scheduled Settlement Conference. The parties must also complete additional discovery for any discussions at a Settlement Conference to become meaningful.

    The parties therefore are also requesting that the Settlement Conference be re-scheduled to a date convenient to the Court and the parties once the additional discovery has been completed.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

-1-    Case No. C 07-03318 VRW
STIPULATION AND [PROPOSED] ORDER REQUESTING THAT THE SETTLEMENT CONFERENCE SCHEDULED . . .

Respectfully Submitted,

Dated: August 28, 2008

BANNING, MICKLOW & BULL
Attorneys for Plaintiff
SAMUEL GARRETT

By    /S/ Edward M. Bull III
      Edward M. Bull III

Dated: August 28, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant,
MAERSK LINE, LTD.

By:    /S/ Marc T. Cefalu
      Terence S. Cox
      Marc T. Cefalu

## **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the above referenced Settlement Conference scheduled for September 8, 2008 is vacated. The parties are further ordered to meet and confer and to provide the Court with new proposed Settlement Conference dates by October 15, 2008.

Dated: _____, 2008

_____
Magistrate Judge Edward M. Chen

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520