1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Terence S. Cox (SBN 076142)
   Marc T. Cefalu (SBN 203324)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Defendant,
6  MAERSK LINE, LTD.

7

8             UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  SAMUEL GARRETT, ) | Case No.:  C 07-03318 VRW |
| 12         Plaintiff, ) | **STIPULATION AND** |
| 13    v. ) | ~~**[PROPOSED]**~~ **ORDER REQUESTING THAT THE SETTLEMENT CONFERENCE** |
| 14  MAERSK LINE LIMITED and DOES 1 – ) 10, *in personam,* and M/V SEA-LAND | **SCHEDULED FOR SEPTEMBER 8, 2008 BE VACATED** |
| 15  EXPLORER and M/V SEA-LAND METEOR their engines, tackle, apparel, ) | |
| 16  furniture, etc., *in rem*, ) | |
| 17         Defendants. ) | |

18       The parties to this action, through their respective counsel, hereby stipulate and

19  request that the Settlement Conference currently scheduled for Monday, September 8, 2008

20  be VACATED.  The parties are jointly making this request because the plaintiff, a merchant

21  seaman, is currently at sea and is not expected to return until the end of September 2008 and

22  is therefore unavailable to attend the scheduled Settlement Conference.  The parties must

23  also complete additional discovery for any discussions at a Settlement Conference to

24  become meaningful.

25       The parties therefore are also requesting that the Settlement Conference be re-

26  scheduled to a date convenient to the Court and the parties once the additional discovery has

27  been completed.

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

Respectfully Submitted,

Dated: August 28, 2008

BANNING, MICKLOW & BULL
Attorneys for Plaintiff
SAMUEL GARRETT

By ____/S/ Edward M. Bull III_____
Edward M. Bull III

Dated: August 28, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant,
MAERSK LINE, LTD.

By: ___/S/ Marc T. Cefalu_____
Terence S. Cox
Marc T. Cefalu

### ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the above referenced Settlement Conference scheduled for September 8, 2008 is vacated. The parties are further ordered to meet and confer and to provide the Court with new proposed Settlement Conference dates by October 15, 2008.

Dated: __ September 2 _____, 2008

_____
Magist IT IS SO ORDERED Chen
Judge Edward M. Chen

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520