| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Marc T. Cefalu (SBN 203324) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendant, |
| 6 | MAERSK LINE, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAMUEL GARRETT, | ) | Case No.:  C 07-03318 VRW (EMC) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | **REQUESTING THAT THE** |
| | ) | **SETTLEMENT CONFERENCE** |
| MAERSK LINE LIMITED and DOES 1 – | ) | **SCHEDULED FOR DECEMBER** |
| 10, *in personam,* and M/V SEA-LAND | ) | **19, 2008 BE CONTINUED TO A** |
| EXPLORER and M/V SEA-LAND | ) | **DATE IN LATE JANUARY OR** |
| METEOR their engines, tackle, apparel, | ) | **EARLY FEBRUARY** |
| furniture, etc., *in rem*, | ) | **CONVENIENT TO THE COURT'S** |
| | ) | **CALENDAR** |
| Defendants. | ) | |
| _____ | ) | |

  The parties to this action, through their respective counsel, hereby stipulate and request that the Settlement Conference currently scheduled for Friday, December 19, 2008 be taken off-calendar and continued to a date convenient to the Court's and the parties calendars in late January or early February.

  ***The parties are jointly making this request*** because the parties have been diligently pursuing settlement amongst themselves and are making substantial progress.  The parties are therefore hopeful that they can reach a settlement before the end of the year without involving the Court.  The parties would therefore prefer not to incur the time and legal expense associated with preparing for and attending the upcoming settlement conference since they believe they may reach agreement amongst themselves without incurring that expense.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

-1-  Case No. C 07-03318 VRW
STIPULATION AND [PROPOSED] ORDER REQUESTING THAT THE SETTLEMENT CONFERENCE SCHEDULED . . .

1    Furthermore, the plaintiff, a merchant seaman, was compelled (apparently due to economic necessity) to join a ship for a shipping rotation and it now appears as though the vessel's schedule will not allow for Mr. Garrett's personal attendance at the scheduled settlement conference. While plaintiff's counsel is able to intermittently communicate with the plaintiff to convey settlement offers and receive instruction and authority, that communication is sporadic and generally occurs over the course of several days when the ship is in cell phone range or in port. Those communications therefore generally occur over a period of days rather than instantaneously.

The parties therefore are requesting that the Settlement Conference be re-scheduled to a date convenient to the Court and the parties for a date in late January or early February 2009 in the event they are not able to reach a settlement before the end of the calendar year. Counsel for the parties suggest that they provide the Court by January 9, 2009, with new proposed Settlement Conference dates. Of course, if the case were to settle before then, counsel for the parties will immediately notify the Court.

Respectfully Submitted,

Dated: December 12, 2008

BANNING, MICKLOW & BULL
Attorneys for Plaintiff
SAMUEL GARRETT

By ____/S/ Edward M. Bull III_____
  Edward M. Bull III

Dated: December 12, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant,
MAERSK LINE, LTD.

By: ____/S/ Marc T. Cefalu_____
  Terence S. Cox
  Marc T. Cefalu

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520

-2-     Case No. C 07-03318 VRW
STIPULATION AND [PROPOSED] ORDER REQUESTING THAT THE SETTLEMENT CONFERENCE SCHEDULED . . .

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the above referenced Settlement Conference scheduled for December 19, 2008 is vacated. The parties are further ordered to meet and confer and to provide the Court with new proposed Settlement Conference dates by January 9, 2009.

Dated:  December 12        , 2008



Mag.                        . Chen

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

MAERSK.Garrett/2520