UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GARRETT,            Plaintiff,            v.            MAERSK LINE LIMITED, M/V SEA-LAND EXPLORER, and M/V SEA-LAND METEOR their engines, tackle, apparel, furniture, etc., in rem,            Defendants, | CASE NO. C 07-3318   VRW **ORDER OF DISMISSAL** |

Having advised the court that the parties have agreed to a settlement of this case;

IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice, provided, however, that if any party hereto shall certify to this court, within sixty (60) days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: February 19, 2009

_____
VAUGHN R WALKER
UNITED STATES DISTRICT CHIEF JUDGE